**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William Vicola** | Social Security number or ITIN **xxx–xx–4015** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–22149–JAD**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William Vicola

9/14/16

**By the court:**  Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William Vicola
     Debtor

Case No. 16-22149-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 2     Date Rcvd: Sep 14, 2016
     Form ID: 318     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
```
db          +William Vicola,   c/o Shannon Kieta,   412 East Cedar Avenue,   Connellsville, PA 15425-4526
aty         +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
14242958    +Ashley Svenungsen,   513 Vanderbilt Road,   Connellsville, PA 15425-6211
14242943    +Citizens Bank Card Services,   P.O. Box 7092,   Bridgeport, CT 06601-7092
14242946     First National Bank Omaha,   P.O. Box 3696,   Omaha, NE 68103-0696
14242947    +Home Depot,   P.O. Box 790328,   Saint Louis, MO 63179-0328
14242951    +Mitsubishi Motors Credit of America,   P.O. Box 9940,   Mobile, AL 36691-0940
14242952     PNC Visa,   P.O. Box 3429,   Pittsburgh, PA 15230-3429
14242959     The Swiss Colony,   1112 7th Avenue,   Monroe, WI 53566-1364
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2016 01:56:27     Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
cr           EDI: BECKLEE.COM Sep 15 2016 01:48:00     State Farm Bank,   c/o Becket and Lee LLP,
             PO Box 3001,   Malvern, PA  19355-0701
14242940     EDI: HNDA.COM Sep 15 2016 01:48:00     American Honda Finance,   P.O. Box 168088,
             Irving, TX 75016-8088
14242939     EDI: AMEREXPR.COM Sep 15 2016 01:48:00     American Express,   P.O. Box 981535,
             El Paso, TX 79998-1535
14242941     EDI: BANKAMER.COM Sep 15 2016 01:43:00     Bank of America,   P.O. Box 982235,
             El Paso, TX 79998-2235
14242938     EDI: BANKAMER.COM Sep 15 2016 01:43:00     AAA Financial Services,   P.O. Box 982235,
             El Paso, TX 79998-2235
14242942     EDI: CAPITALONE.COM Sep 15 2016 01:48:00     Capital One,   c/o TSYS Total Debt Management,
             P.O. Box 5155,   Norcross, GA 30091
14242944     EDI: WFNNB.COM Sep 15 2016 01:48:00     DentalFirst Financing/Comenity Bank,   P.O. Box 659622,
             San Antonio, TX 78265-9622
14242945     EDI: DISCOVER.COM Sep 15 2016 01:48:00     Discover,   P.O. Box 30421,
             Salt Lake City, UT 84130-0421
14242948     EDI: WFNNB.COM Sep 15 2016 01:48:00     Home Shopping Network/Comenity Bank,
             Attn: Bankruptcy Department,   P.O. Box 183043,   Columbus, OH 43218-3043
14242949     EDI: RMSC.COM Sep 15 2016 01:48:00     Lowe's/Synchrony Bank,   Attn: Bankruptcy Deptartment,
             P.O. Box 965060,   Orlando, FL 32896-5060
14242950    +EDI: TSYS2.COM Sep 15 2016 01:43:00     Macy's American Express,   Bankruptcy Processing,
             P.O. Box 8053,   Mason, OH 45040-8053
14242953     EDI: RMSC.COM Sep 15 2016 01:48:00     Q Card/Synchrony Bank,   Attn: Bankruptcy Department,
             P.O. Box 965060,   Orlando, FL 32896-5060
14242954    +E-mail/Text: bankruptcyteam@quickenloans.com Sep 15 2016 01:57:13     Quicken Loans, Inc.,
             1050 Woodward Avenue,   Detroit, MI 48226-1906
14242955     EDI: SEARS.COM Sep 15 2016 01:48:00     Sears,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
14242956     EDI: CHASE.COM Sep 15 2016 01:48:00     Slate/Chase,   P.O. Box 15298,
             Wilmington, DE 19850-5298
14242957     EDI: STFMFC.COM Sep 15 2016 01:48:00     State Farm Bank,   P.O. Box 87,
             Deposit, NY 13754-0087
14242960     EDI: RMSC.COM Sep 15 2016 01:48:00     Walmart MasterCard/Synchrony Bank,
             Attn:  Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                          TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Quicken Loans Inc.
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: admin              Page 2 of 2            Date Rcvd: Sep 14, 2016
                             Form ID: 318              Total Noticed: 27

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
          Charles O. Zebley, Jr.   on behalf of Debtor William  Vicola COZ@Zeblaw.com,  Lori@Zeblaw.com,
           Janet@Zeblaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee   robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                TOTAL: 3